Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00499-CR

**IN RE** Hector L. **TRISTAN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
              Phylis J. Speedlin, Justice
              Marialyn Barnard, Justice

Delivered and Filed:   August 31, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On August 13, 2009, relator Hector L. Tristan filed a petition for writ of mandamus, seeking to compel the trial court to rule on his "Motion for Nunc Pro Tunc." However, on August 18, 2009, the trial court denied relator's motion. Therefore, we DENY relator's petition for writ of mandamus as MOOT.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. K-95-00506, in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.